Submitted on record and briefs June 9, affirmed July 5, 1978

STATE OF OREGON, *Respondent,*
*v.*
ROBERT ELWYN BIVENS, *Appellant.*
(No. 2358A-7, CA 9909)
582 P2d 834

Robert Elwyn Bivens, Corvallis, filed the brief pro se for appellant.

James A. Redden, Attorney General, Walter L. Barrie, Solicitor General, and Kathryn A. Logan, Certified Law Student, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *State v. Palmer,* 35 Or App 125, 580 P2d 592 (1978).